**Order entered April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07946**

## ORDER

We **REINSTATE** this appeal which we abated on February 17, 2016, for sixty days to allow the parties an opportunity to settle their dispute.

The parties have filed their briefs. This appeal is at issue and will be submitted in due course.

/s/    ELIZABETH LANG-MIERS
        JUSTICE